### UNITED STATES of America
### v.
### Ronald A. USHERY, Appellant.
### No. 22888.

United States Court of Appeals
District of Columbia Circuit.

Filed April 21, 1969.

Mr. Francis J. O'Rourke, Washington, D. C., was on the pleadings for appellant.

Messrs. David G. Bress, U. S. Atty., and Frank Q. Nebeker, Asst. U. S. Atty., were on the pleadings for appellee.

Before BURGER and WRIGHT, Circuit Judges, in Chambers.

### ORDER

PER CURIAM.

This appeal from an order of the District Court denying appellant's motion for reduction of pre-trial bail came on for consideration on the record on appeal and the memoranda of law and fact submitted by the parties, and

It appearing that the General Sessions Judge improperly altered appellant's conditions of pre-trial release while presiding at appellant's preliminary hearing, see Salley v. United States, 134 U.S.App. D.C. ——, 413 F.2d 364, filed January 17, 1968, and

It further appearing that the District Judge, upon appellant's motion to amend

the conditions of pre-trial release, failed to consider alternative nonfinancial conditions to those which had previously been set by judicial officers, see United States v. Leathers, 134 U.S.App.D.C. ——, 412 F.2d 169, filed April 17, 1969; Weaver v. United States, 131 U.S.App. D.C. 388, 405 F.2d 353 (1968), it is

Ordered by the Court that the case be remanded to the District Court for reconsideration in light of Salley v. United States, supra, attached hereto, and United States v. Leathers, supra.